IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No.: 12-CR-114-wmc

JEREMY J. HUART,

    Defendant.

## FINAL ORDER OF FORFEITURE

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1. On September 12, 2012, a federal grand jury sitting in Madison, Wisconsin, returned an indictment against defendant Jeremy J. Huart. The one-count indictment charged that on or about August 19, 2011, Huart knowingly possessed a LG Model 200 cellular telephone containing visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce, specifically the LG Model UN 200 cellular telephone bearing serial number 103-CYHE-0202057, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct, and the depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B). The indictment also contained a forfeiture allegation for the forfeiture of:

- a. Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained; and

- b. the property used or intended to be used to commit or to promote the commission of the aforementioned offense, specifically described as a LG Model UN 200 bearing serial number 103-CYHE-0202057.

2. On February 13, 2013, the defendant entered a plea of guilty to Count 1 of the indictment, pursuant to a written plea agreement. In the plea agreement, the defendant agreed to forfeit a LG model UN 200 bearing serial number 103-CYHE-0202057 and a Samsung model SCH-R720 bearing serial number 268435460715243156.

3. On February 22, 2013, the Court entered a Preliminary Order of Forfeiture.

4. On May 2, 2013, the Court entered a Judgment in a Criminal Case.

5. Notice of the forfeiture was published on the official internet government forfeiture site www.forfeiture.gov from April 2, 2013 to May 1, 2013.

6. No third party has made any claim to or declared any interest in the above-described property and the time for filing a petition has expired.

IT IS THEREFORE ORDERED:

1. The following items are forfeited to the United States:

    - a. any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained; and

    - b. the property used or intended to be used to commit or to promote the commission of the aforementioned offense, specifically described as a LG model UN 200 bearing serial number 103-CYHE-0202057 and a Samsung model SCH-R720 bearing serial number 268435460715243156.

2. The above items are to be disposed of according to law.

ORDERED this __16th__ day of January 2014.

WILLIAM M. CONLEY
United States District Judge